# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH DZWONKOWSKI, SR.,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 05-0544-KD-C |
| **JOSEPH DZWONKOWSKI, JR., ROBERT DZWONKOWSKI, and SONITROL OF MOBILE, INC., et al.,** | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendations to which objections are made, the recommendation and supplemental recommendation (docs. 107, 119) of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) are **ADOPTED** as the opinion of this Court.

**DONE** this the 16th day of May, 2008.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**